ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIM L. LASKE (Cal. Bar No. 223395)
Assistant United States Attorney
Email: tim.laske@usdoj.gov
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805
    Facsimile: (213) 894-7819

Attorneys for Defendant
Neal Wolin

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JULIA LUSICH JOHNS,<br><br>      Plaintiff,<br><br>  vs.<br>NEAL WOLIN,<br><br>      Defendant. | Case No. CV 13-01644 DSF(JEMx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER<br><br>HON. DALE S. FISCHER |

1

1  The Court has reviewed the Stipulation for Protective Order signed by
2  counsel for the parties.
3  IT IS HEREBY ORDERED THAT the Court adopts the agreements set
4  forth in that Stipulation for Protective Order and orders the parties to comply with
5  the terms thereof.

Dated: December 6, 2013

~~HONORABLE DALE S. FISCHER~~
~~U.S. DISTRICT COURT JUDGE~~
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

   /s/ Tim L. Laske
TIM L. LASKE
Assistant United States Attorney

Attorneys for Defendant Neal Wolin

2