JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIA LUSICH JOHNS, | ) | Case No.:  CV-13-1644 DSF (JEMx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JACOB J. LEW, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having granted summary judgment in favor of Defendant,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 3/31/14

_____
Dale S. Fischer
United States District Judge